# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-18-00621-CV

---

**In re Robert Moon**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Robert Moon has filed an unopposed motion to dismiss this mandamus proceeding, informing the Court that the parties in the underlying proceeding have reached a settlement that disposes of all claims and issues, rendering relator's petition for writ of mandamus moot. Accordingly, we grant the motion and dismiss the petition for writ of mandamus.

<br>

_____

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed: June 6, 2019